Pearson, J.
 

 We
 
 differ from his Honor as to the proper construction of the contract. The parties to it were the plaintiffs on the one part, and The High Shoals Mining and Manufacturing Company on the other. It is true, Goodell, as agent, executes the instrument offered in evidence, and affixes thereto his private seal, so that it did not become the
 
 covenant
 
 of the company. Still it was
 
 evidence
 
 of a
 
 contract
 
 on its part, for the breach of which, an action of assumpsit will lie, it being proved that Goodell was the agent of the company. Angel and Ames on Corporations, 334.
 

 The same point was presented at this term, in
 
 Taylor
 
 v.
 
 School Committee, (conte,
 
 98.) The committee being a corporation was sued in assumpsit, the evidence of which, was a deed executed by the individuals composing the committee, each of whom had affixed his private seal. Although the case went off on another point, that question was yielded.
 

 Per Curiam:, Judgment reversed, and a
 
 vmire de
 
 novo.